**FILED**

AUG 20 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DOUGLAS WOOD, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Criminal No. 02-CR-625-L (7) <br><br> **ORDER REQUIRING RESPONSE TO MOTION FOR MODIFICATION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(C)(2)** |

    On August 15, 2008, Petitioner, proceeding *pro se*, filed a Motion for Relief of Sentence pursuant to 18 U.S.C. § 3582(c)(2). Petitioner's motion is based upon retroactive amendments to the Federal Sentencing Guidelines pertaining to crack cocaine offenses which became effective March 3, 2008.

    Respondent shall file and serve a responsive memorandum not later than **September 15, 2008**. The response shall include any and all documents relevant to the determination of the issues in the motion. If the petitioner wishes to reply to the respondent's responsive memorandum, a reply must be filed not later than **October 14, 2008**. Upon the filing of the foregoing, the parties shall await the further order of this Court.

    The Clerk of Court shall serve a copy of Petitioner's motion together with a copy of this Order on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

02CR625-L

1     The Clerk of the Court shall also serve a copy of Petitioner's motion together with a copy
2 of this Order on the United States Probation Department, 101 W. Broadway, Suite 700, San
3 Diego, CA 92101.

4     **IT IS SO ORDERED.**

6 Dated: 8/20/08

                HON. M. JAMES LORENZ
                UNITED STATES DISTRICT JUDGE

8 COPIES TO:

9 PETITIONER
U.S. ATTORNEY'S OFFICE
10 U.S. PROBATION